# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYSA ASHHAB-JONES, *Plaintiff*, v. CHEROKEE NATION STRATEGIC PROGRAMS, LLC, *Defendant*. | Civil Action No. 1:19-cv-00089 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 8, is **GRANTED**. Plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice.

DATE: October 23, 2020

CARL J. NICHOLS
United States District Judge

1